FILED

MAY 14 2019

Clerk, U.S Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ORRION F. FRENCH, <br><br> Plaintiff, <br><br> vs. <br><br> THE HOME DEPOT, U.S.A., INC., <br><br> Defendant. | CV 19–76–M–DLC <br><br> ORDER |

Plaintiff Orrion F. French moves to remand this case, verifying that the amount in controversy does not exceed $75,000. (Docs. 5 & 5-1.) Because the jurisdictional requirement is not met, the Court grants the motion. 28 U.S.C. § 1332.

Accordingly, IT IS ORDERED that the motion (Doc. 5) is GRANTED. This case is REMANDED to the Montana Fourth Judicial District Court, Missoula County, for all further proceedings. This case is CLOSED.

DATED this 14th day of May, 2019.

*/s/ Dana L. Christensen*
Dana L. Christensen, Chief Judge
United States District Court

1